IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00303-PAB-MEH

ST. PAUL SOBER LIVING, LLC,
CHRIS EDRINGTON,
DONALD EDRINGTON,
ADAM TIPTON, and
ALEX COLINS,

       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, GARFIELD COUNTY, STATE OF COLORADO, a political subdivision of the State of Colorado,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2011.**

       Defendant's Unopposed Motion to Hold Case in Abeyance [filed March 11, 2011; docket #10] is **granted in part** and **denied in part** as follows. The Court must satisfy itself of subject matter jurisdiction at any time during a lawsuit. Defendant has raised serious questions regarding subject matter jurisdiction, thus the Court **declines to stay** the briefing on the pending motion to dismiss. The parties shall file their respective response and reply within the time provided by the federal and local rules. All proceedings other than the pending motion to dismiss in this matter are hereby **stayed**. The Scheduling Conference set for April 26, 2011, is **vacated**. A Status Conference is hereby scheduled for **June 1, 2011**, at **9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

       Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.