IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00303-PAB-MEH

ST. PAUL SOBER LIVING, LLC,
CHRIS EDRINGTON,
DONALD EDRINGTON,
ADAM TIPTON, and
ALEX COLINS,

       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, GARFIELD COUNTY, STATE OF COLORADO, a political subdivision of the State of Colorado,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2011.**

       Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint [filed June 10, 2011; docket #18] is **granted**. The motion is timely filed, as no deadline for seeking the joinder of parties or amendment of pleadings has been scheduled. In light of the Court's obligation to freely give leave when justice so requires under Fed. R. Civ. P. 15(a), the Court directs the Clerk of Court to enter the First Amended Complaint located at docket #18-1.