IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00303-RBJ-MEH

ST. PAUL SOBER LIVING, LLC,
CHRIS EDRINGTON,
DONALD EDRINGTON,
ADAM TIPTON, and
ALEX COLINS,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, GARFIELD COUNTY, STATE OF COLORADO, a political subdivision of the State of Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2011.**

    Plaintiffs' Motion for Leave to File Their Second Amended Complaint Against Defendant Spring Valley Sanitation District [filed October 3, 2011; docket #42] is **denied without prejudice**. Plaintiffs attach to their Motion a document entitled "First Amended Complaint"; however, Plaintiffs' Motion seeks leave to file a Second Amended Complaint. Thus, the Court permits Plaintiffs to re-file their request, including a proposed Second Amended Complaint, so that the Court can determine whether "justice so requires" leave to amend. *See* Fed. R. Civ. P. 15(a).