IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00303-RBJ-MEH

ST. PAUL SOBER LIVING, LLC,
CHRIS EDRINGTON,
DONALD EDRINGTON
ADAM TIPTON, and
ALEX COLINS,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, GARFIELD COUNTY, STATE OF COLORADO,
a political subdivision of the State of Colorado, and
SPRING VALLEY SANITATION DISTRICT, a Colorado metropolitan district,

    Defendants.

---

## MINUTE ORDER REGARDING DOCKET #60

---

Entered by Judge R. Brooke Jackson

    The Court GRANTS Joint Stipulation for Voluntary Dismissal of Plaintiffs Alex Colins and Adam Tipton's Claims Against Defendant Spring Valley Sanitation District [Docket #60]. Each party is to pay their own attorney's fees and costs.

    DATED this 31st day of January, 2012.