IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00303-RBJ-MEH

ST. PAUL SOBER LIVING, LLC,
CHRIS EDRINGTON,
DONALD EDRINGTON,
ADAM TIPTON, and
ALEX COLINS,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, GARFIELD COUNTY, STATE OF COLORADO, a political subdivision of the State of Colorado, and
SPRING VALLEY SANITATION DISTRICT, a Colorado metropolitan district,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2012.**

    Plaintiffs['] Motion to Modify the Scheduling Order and to Extend Discovery [filed April 15, 2012; docket #74] is **granted in part** and **denied in part**. Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the motion without a response from Defendants. For good cause shown, the Court will amend the Scheduling Order to extend the discovery deadline to **May 16, 2012**. However, in consideration of the Trial Preparation Conference scheduled before Judge Jackson on July 13, 2012, the Court will not adjust the June 1, 2012 deadline for dispositive motions.