IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-00303-RBJ-MEH | Date:  May 2, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| ST. PAUL SOBER LIVING, LLC, | Steven Polin (by phone) |
| CHRIS EDRINGTON, | James Dallner |
| DONALD EDRINGTON, | |
| ADAM TIPTON, and | |
| ALEX COLINS, | |
|       Plaintiffs, | |
| vs. | |
| GARFIELD COUNTY, BOARD OF COUNTY | Cassandra Coleman |
| COMMISSIONERS, and | |
| SPRING VALLEY SANITATION DISTRICT, | William T. O'Connell, III |
|       Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     1:37 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs St. Paul Sober Living and Chris Edrington's Motion to Compel the Production of Documents, Answers or Better Answers to Interrogatories and Production of FRCP 30(B)(6) Witnesses as to Defendant Spring Valley Sanitation District (Doc. #72, filed 4/13/12).

**ORDERED:**   For reasons stated on the record, Plaintiffs St. Paul Sober Living and Chris Edrington's Motion to Compel the Production of Documents, Answers or Better Answers to Interrogatories and Production of FRCP 30(B)(6) Witnesses as to Defendant Spring Valley Sanitation District (Doc. #72, filed 4/13/12) is GRANTED in part, DENIED in part, and DENIED **without prejudice** in part as stated on the record.

Discussion regarding the pending discovery deadline.  Ms. Coleman requests that the discovery deadline as to Defendant Garfield County not be extended.

**ORDERED:**   The discovery deadline is extended to **June 1, 2012, <u>as to Defendant Spring</u>**

**Valley Sanitation only.**  The discovery deadline as to Defendant Garfield County remains set for **May 16, 2012.**

**Court in recess:**      2:43 p.m.  **(Hearing concluded)**
**Total time in court:**  1:06