IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00303-RBJ-MEH

ST. PAUL SOBER LIVING, LLC,
CHRIS EDRINGTON,
DONALD EDRINGTON
ADAM TIPTON, and
ALEX COLINS,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, GARFIELD COUNTY, STATE OF COLORADO,
a political subdivision of the State of Colorado,
SPRING VALLEY SANITATION DISTRICT, a Colorado metropolitan district,

      Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS ST. PAUL SOBER LIVING, LLC, CHRIS EDRINGTON, AND DONALD EDRINGTON AGAINST DEFENDANT SPRING VALLEY SANITATION DISTRICT**

---

This matter comes before the Court upon the parties' Stipulation for Dismissal with Prejudice of All Claims by Plaintiffs St. Paul Sober Living, LLC, Chris Edrington, and Donald Edrington Against Defendant Spring Valley Sanitation District ("SVSD"). The Court having reviewed the Stipulation and being fully advised of the matters contained therein, hereby **ORDERS** as follows:

All claims against Defendant Spring Valley Sanitation District asserted by Plaintiffs St. Paul Sober Living, LLC, Chris Edrington, and Donald Edrington or which could have been

brought by Plaintiffs are hereby DISMISSED WITH PREJUDICE, and each party to pay his or

its own costs and fees.

SO ORDERED THIS 16th day of July, 2012.

BY THE COURT:

_____
United States District Court Judge